1 | HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2 | MEGAN T. HOPKINS, Bar # 294141
    Assistant Federal Defender
3 | Designated Counsel for Service
    2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
    JAMES S. WALLS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:13-mj-00038-MJS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| vs. | ) ) | Date:  February 3, 2015 |
| JAMES S. WALLS-LOPEZ, | ) ) | Time:  10:00 a.m. Judge: Hon. Michael J. Seng |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MC NEASE, Acting Legal Officer, counsel for the government, and MEGAN T. HOPKINS, Assistant Federal Defenders, counsel for the defendant, JAMES S. WALLS-LOPEZ, that the Status Conference in the above-captioned matter set for December 17, 2014 may be continued to February 3, 2015, at 10:00 a.m.

This continuance is at the request of all parties.  This continuance will allow defendant′s personal appearance.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

/ / /

/ / /

/ / /

and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated:  December 11, 2014   /s/ Matthew McNease
MATTHEW MC NEASE
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 11, 2014   /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
JAMES S. WALLS-LOPEZ

**O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to continue the Status Conference Hearing in case No. 6:13-mj-00038-MJS is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   December 11, 2014      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE